UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 5:22 CR 731 |
| | ) | |
| Plaintiff | ) | JUDGE SOLOMON OLIVER, JR. |
| | ) | |
| v. | ) | ORDER ACCEPTING PLEA |
| | ) | AGREEMENT, JUDGMENT AND |
| MICHAEL HARMAN, | ) | REFERRAL TO U.S. PROBATION |
| | ) | OFFICE |
| Defendant | ) | |

This case is before the Court on a Report and Recommendation filed by United States Magistrate Judge Thomas M. Parker, regarding the change of plea hearing of Michael Harman, which was referred to the Magistrate Judge with the consent of the parties.

On December 21, 2022, the government filed a 6 count Indictment against Mr. Harman charging him with Wire Fraud, in violation of Title 18 U.S.C. § 1343, Making and Subscribing False Tax Returns, in violation of Title 26: U.S.C. § 7206(1), and Money Laundering, in violation of Title 18 U.S.C. § 1956(a)(1)(B)(i). Defendant was arraigned on January 30, 2023 before Magistrate Judge Parker, and entered a plea of guilty to counts 1, 2-5 and 6 of the Information, with a written plea agreement. Magistrate Judge Parker issued a Report and Recommendation ("R&R"), concerning whether the plea should be accepted and a finding of guilty entered.

Neither party submitted objections to the Magistrate Judge's R&R in the fourteen days after it was issued.

On de novo review of the record, the Magistrate Judge's R&R is adopted. Defendant Harman is found to be competent to enter a plea and to understand his constitutional rights. He is

aware of the charges and of the consequences of entering a plea. There is an adequate factual basis for the plea. The court finds the plea was entered knowingly, intelligently, and voluntarily. The plea agreement is approved.

Therefore, Defendant Harman is adjudged guilty to counts 1, 2-5 and 6 of the Information, in violation of Title 18 U.S.C. § 1343, 26 U.S.C. § 7206(1), and 18 U.S.C. 1956(a)(1)(B)(i). This matter was referred to the U. S. Probation Department for the completion of a pre-sentence investigation and report. Sentencing will be held on May 22, 2023, at 2:00 p.m. in Courtroom 19A, Carl B. Stokes United States Court House, 801 West Superior Avenue, Cleveland, Ohio.

IT IS SO ORDERED.

/s/*SOLOMON OLIVER, JR.*
UNITED STATES DISTRICT JUDGE

March 13, 2023